UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS F. OVALLE,

    Plaintiff,

v.                                          Case No: 8:22-cv-692-KKM-AAS

LION PAVERS CONSTRUCTION,
LLC, and JOSE BANDEIRA,

    Defendants.
_____

## ORDER

Luis Ovalle moves for default judgment against Lion Pavers Construction, LLC, and Jose Bandeira. (Doc. 20) The magistrate judge recommends partially granting that Ovalle's motion. (Doc. 21) No party objects to the magistrate judge's determination.

The magistrate judge's recommendation (Doc. 21) is **ADOPTED**, except for references to "Mr. Ware" in the conclusion. (Doc. 21 at 9–10) Because no plaintiff is named Ware, these references are construed as typographical errors. The motion for default judgment (Doc. 20) is **GRANTED-IN-PART**. Under Count I, Mr. Ovalle is awarded $16,875.00, comprising $8,437.50 in overtime wages and $8,437.50 in liquidated damages for overtime wages. Under Count II, Mr. Ovalle is awarded $1,740.00, comprising $870.00 in unpaid minimum wages and $870.00 in liquidated

damages for unpaid minimum wages. Under Count III, Mr. Ovalle is awarded $49,600.00, comprising $24,800.00 in lost wages and $24,800.00 in liquidated damages for lost wages. Mr. Ovalle is also entitled to $5,377.00 in attorney's fees and taxable costs. The Clerk is directed to **TERMINATE** any pending motion or deadline and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on October 6, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE